UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
VICTORIA DIVISION

| | | |
|---|---|---|
| PREFERRED CONTRACTORS INSURANCE COMPANY RISK RETENTION GROUP, LLC, | § § § § | |
| Plaintiff | § § | |
| vs. | § § | Civil Action No. 6:21-cv-00002 |
| BRANDON AYERS D/B/A COASTAL BEND STUCCO, DIAMANTE CUSTOM HOMES LLC, BYRON BURRIS and LORI BURRIS | § § § § § | |
| Defendants. | § | § |

## CERTIFICATE OF INTERESTED PERSONS

Pursuant to Federal Rule of Civil Procedure 7.1, Plaintiff Preferred Contractors Insurance Company Risk Retention Group, LLC ("Preferred Contractors") provides the following information:

***For a nongovernmental corporate party, the name(s) of its parent corporation and any publicly held corporation that owns 10% or more of its stock (if none, state "None"):***

As to Plaintiff Preferred Contractors Insurance Company Risk Retention Group, LLC,

none.

***A complete list of all persons, associations of persons, firms, partnerships, corporations, guarantors, insurers, affiliates, parent or subsidiary corporations, or other legal entities that are financially interested in the outcome of the case:***

David E. Pike
Carl Savoia
Phil Salvagio
Preferred Contractors Insurance Company Risk Retention Group, LLC

Respectfully submitted:

By: /s/ *Tracy Jackson Cowart*
        Tracy Jackson Cowart, Attorney in Charge
        State Bar No. 00789398
        tjc@egglestonbriscoe.com

Eggleston & Briscoe, LLP
333 Clay Street, Suite 4800
Houston, Texas 77002
(713) 659-5100 – Telephone
(713) 951-9920 – Facsimile

ATTORNEYS FOR PLAINTIFFR PREFERRED CONTRACTOR INSURANCE COMPANY RISK RETENTION GROUP, LLC

## CERTIFICATE OF SERVICE

      I hereby certify that a true and correct copy of the foregoing document has been forwarded to all counsel of record in a manner consistent with the Texas Rules of Civil Procedure 21a on this 5th day of April 2021.

| *Counsel for Defendants* | *Counsel for Diamante Custom Homes, LLC:* |
|---|---|
| ***Byron Burris & Lori Burris:*** | Jason A. Powers |
| Melanie H. Sanders | **Lewis Brisbois Bisgaard & Smith, LLP** |
| Daniel O. Kustoff | 24 Greenway Plaza, Suite 1400 |
| Taylor L. Crull | Houston, Texas 77046 |
| KUSTOFF & SANDERS, LLP | Facsimile: (713) 759-6830 |
| 4103 Parkdale Street | Jason.Powers@lewisbrisbois.com |
| San Antonio, Texas 78229 | |
| service@salegal.com | |

*Tracy Jackson Cowart*
Tracy Jackson Cowart

2